# **EXHIBIT 6**

**U.S. Patent No. 7,231,330 ("330 Patent")**

| '330 Patent Claim | Accused Emulation Products/Services |
|---|---|
| 1. A system for emulating mobile network communications comprising: | Defendant made, used, sold, offered for sale, or imported products and services that emulate mobile network communications ("Accused Emulation Products/Services"), including at least those described on Defendant's website as shown below.<br><br>*ADALM-PLUTO*<br><br> |

1

**U.S. Patent No. 7,231,330 ("330 Patent")**

| **'330 Patent Claim** | **Accused Emulation Products/Services** |
|---|---|
| | See https://www.analog.com/en/resources/evaluation-hardware-and-software/evaluation-boards-kits/adalm-pluto.html. The Accused Emulation Products/Services followed the ETSI standard for testing environments. See ETSI 136-508 "Common test environments for User Equipment (UE) conformance testing." The ETSI standard calls for the use of a simulation environment in which multiple wireless cells are to be simulated (see Section 6.1, and table 6.1-1, reproduced below). |

2

**U.S. Patent No. 7,231,330 ("330 Patent")**

| '330 Patent Claim | Accused Emulation Products/Services |
|---|---|
| | |

Hence, the Accused Emulation Products/Services performed or provided RF testing for mobile devices and other forms of User Equipment (UE) and IoT devices, where this testing included a simulation setup for simulating multiple cells ("A system for emulating mobile network").

3

**U.S. Patent No. 7,231,330 ("330 Patent")**

| '330 Patent Claim | Accused Emulation Products/Services |
|---|---|
| [1.a] a plurality of fixedly-located wireless network nodes configured to variably adjust wireless communication characteristics; | The Accused Emulation Products/Services follow ETSI 36.508 and comprised a plurality of fixedly-located wireless network nodes configured to variably adjust wireless communication characteristics as shown in figure A.19, reproduced below in figure [1.a.2].<br><br>The figure shows the simulation setup for the signaling test of a UE using three cells. The figure shows a single RX/TX UE used in the test. The figure also shows hardware/software simulation control elements to control the simulation including faders and AWGN noise generators/injectors that adjust wireless communication characteristics with respect to the simulated cells (base station simulators) SS1, SS2, and SS3, which are wireless network nodes.<br><br>The Accused Emulation Products/Services are within a confined physical space and thus "fixedly-located." |

**U.S. Patent No. 7,231,330 ("330 Patent")**

| '330 Patent Claim | Accused Emulation Products/Services |
|---|---|
| | Figure [1.a.2] Connection for setting up one UE and three cells Test System. |
| [1.b.] at least one mobile node | As shown in Figure [1.a.2], at least one UE is configured to wirelessly communicate with a plurality of wireless network nodes (SS1, SS2, and SS3) connected to a system simulator. |

5

**U.S. Patent No. 7,231,330 ("330 Patent")**

| '330 Patent Claim | Accused Emulation Products/Services |
|---|---|
| configured to wirelessly communicate with selected ones of said plurality of wireless network nodes; | The UE is also tested specifically for OTA (Over-the-Air) as per ETSI TR 137.901, titled "User Equipment (UE) application layer data throughput performance," which shows the OTA requirement in Figure C.2-2.1 (reproduced below as figure [1.b.1]), in which an RF (wireless) connection is required between the UE and one of the wireless network nodes referred to in the figure as SS.<br><br><br><br>Figure [1.b.1] Requirement of using appropriate RF connection (wireless connection) between the UE and one of the wireless nodes linked to a system simulation SS.<br><br>PCTRB Technical specification manual for the Certification Program (http://www.ptcrb.com/wp-content/uploads/2021/01/PTCRB-NAPRD03-V6.3.pdf) states that Over-the-Air testing is mandatory for all GSM, GPRS, EGPRS, UMTS, and LTE devices. This is shown in Section 2.9, page 29 of the manual, reproduced below as Figure [1.b.2]. "Over-The-Air" is an industry/technical term that means "wirelessly". |

**U.S. Patent No. 7,231,330 ("330 Patent")**

| '330 Patent Claim | Accused Emulation Products/Services |
|---|---|
| | **2.9 RF Performance Evaluation**<br><br>**2.9.1  RF Performance Test Plan**<br><br>The test plan to be utilized for the evaluation of RF Performance for GSM, GPRS, EGPRS, UMTS and LTE Devices is the version of *"CTIA Certification Test Plan for Wireless Device Over-the-Air Performance"* [101] in effect at the time the request is submitted to the PTCRB certification database. The latest version of the test plan can be downloaded from CTIA Certification's web site at https://ctiacertification.org/test-plans/. A listing of CTIA Certification Authorized Test Labs (ATLs) capable of conducting the testing described in [1] can be found on the same web site (under OTA Performance authorized testing capability).<br><br>Devices supporting the following bands shall be tested for RF performance as part of PTCRB certification:<br>• GSM/GPRS/EGPRS 850<br>• GSM/GPRS/EGPRS 1900<br>• UMTS Band II<br>• UMTS Band IV<br>• UMTS Band V<br>• LTE Band 2<br>• LTE Band 4<br>• LTE Band 5<br>• LTE Band 7<br>• LTE Band 12<br>• LTE Band 13<br>• LTE Band 14<br>• LTE Band 17<br>• LTE Band 25<br>• LTE Band 26<br>• LTE Band 30<br><br>Figure [1.b.2] Excerpt from page 29 of the PCTRB Certification Program Manual.<br><br>Hence, the Accused Emulation Products/Services employ at least one mobile node (UE) configured to wirelessly communicate with selected ones of said plurality of wireless network nodes (SS). |

**U.S. Patent No. 7,231,330 ("330 Patent")**

| '330 Patent Claim | Accused Emulation Products/Services |
|---|---|
| [1.c.] a network emulator communicatively linked to each of said plurality of wireless network nodes, said network emulator configured to emulate attributes of a packet-based wired communications network for simulating network conditions experienced by said at least one mobile node in communicating with other nodes through the wired communications network, the emulated attributes comprising at least one of tunable packet-delay distribution, | The Accused Emulation Products/Services use the same Testing System described in ETSI TS 36.508 and ETSI TR 137.901 including its system simulator units. Figure [1.a.2] shows three system simulator units (SS) each simulating a wireless network node (SS1, SS2, and SS3). Figure [1.b.1] shows one system simulator (SS) that simulates one wireless network node (the left-side interface in the SS – the RF interface). In ETSI TR 137.901, the "Initial Conditions" for the Testing System require the Accused Emulation Products/Services "connect the SS (node B emulator) and fader and AWGN noise source to the UE antenna." See page 43, reproduced below. Therefore, the system simulator (SS) in the Testing System also is a network emulator communicatively linked to the wireless network nodes. Regarding "said emulator [is] configured to emulate attributes of packet-based wired communication networks", Figure [1.b.1] shows the right-side interface of the system simulator (SS) to be an IP interface meaning the emulator is capable of sending and receiving IP Packets into or from a wired communication network. Indeed, |

The image above contains:

### A.2.2.4  Test Description

#### A.2.2.4.1    Initial Conditions

Test environment: normal; see clauses G.2.1 and G.2.2 of TS 34.121-1 [3] for FDD and clauses G.2.1 and G.2.2 of TS 34.122 [4] for TDD.

Frequencies to be tested: mid range; see clause G.2.4 of TS 34.121-1 [3] for FDD and clause G.2.4 of TS 34.122 [4] for TDD.

1) Connect the SS (node B emulator) and fader and AWGN noise source to the UE antenna connector based upon UE receiver type as referenced in Annex A of TS 34.121-1 [3] for FDD and Annex A of TS 34.122 [4] for TDD. The downlink connection between the System Simulator and the UE shall be without Additive White Gaussian Noise and have no fading or multipath effects.

2) Connect an application server to the IP output of the SS configured with a FTP server.

8

**U.S. Patent No. 7,231,330 ("330 Patent")**

| '330 Patent Claim | Accused Emulation Products/Services |
|---|---|
| network congestion, bandwidth limitation, and packet re-ordering and duplication; and | the SS is connected to a computer server through an IP interface (the right-side interface) using a wired connection.<br><br>The system simulator (SS) emulator is capable of "simulating network conditions experienced by said at least one mobile node in communicating with other nodes through the wired communication network."<br><br>Figure [1.a.2] shows how system simulators SS1, SS2 and SS3 are connected to elements that are configured to emulate attributes of packet-based wired communication networks. These include faders and noise injectors which manipulate the RF signal in a variety of ways that alter the attributes of the packet-based wired communications network (e.g., manipulate bandwidth, causing additional delays, causing re-transmissions, etc.) These elements in hardware/software have been shown in Figure [1.a.2] to be linked to the system simulator.<br><br>System simulator SS is capable of "simulating network conditions experienced by said at least one mobile node in communicating with other nodes through the wired communication network". One end metric that measures such experienced conditions by the mobile node (UE) is data throughput. These conditions are caused by changing these attributes while the UE is "communicating with other nodes through the wired communication network" (The Application Server in Figure [1.b.1]).<br><br>As per ETSI TR 137.901, Section 5, a test study of UE Application Layer Data Throughput performance over the FTP protocol is representative of multiple packet data networking protocols including TFTP, SFTP, HTTP, and VoIP (RTP based). Using only FTP was recommended by the standard for similarity of results and to reduce the number of tests performed. A lower layer UDP protocol testing was also recommended and described (see Figure [1.c.1] below). |

**U.S. Patent No. 7,231,330 ("330 Patent")**

| '330 Patent Claim | Accused Emulation Products/Services |
|---|---|
| | |

Figure [1.c.1] Excerpts showing data transfer test scenarios for measuring UE throughput performance under varying wireless characteristics. Source: ETSI TR 137.901, pg 28.

To "simulate network conditions", Fading Profiles as well as Noise and Interference Profiles are recommended by the ETRI Technical report covering testing UE data throughput performance for LTE networks and HSPA networks (networks prior to LTE which evolved into 4G through HSPA+ which is known as LTE Band 5).

The Accused Emulation Products/Services support operating HSPA, HSPA+ and LTE networks in addition to 5G networks. Each Fading Profile provides a specific set of parameters that describe a specific network condition of interest that should be tested. Such specific test is repeated for a range of interferences and noise to signal rations to mimic real world scenarios. The Fading Profiles are given test procedure labels and are shown in Figure [1.c.2] below. The Noise and Interference Levels are shown in Figure [1.c.3] below.

**U.S. Patent No. 7,231,330 ("330 Patent")**

| '330 Patent Claim | Accused Emulation Products/Services |
|---|---|
| | ### 5.5.2   Fading Profiles<br><br>The request from the GCF Steering Group was to measure the average UE Application Layer Data Throughput using simulated realistic radio conditions. In order to support this requirement, it is proposed to consider the following fading profiles to maintain consistency with 3GPP defined fading profiles that have been developed to assess a UE's capability of performing in various multi-path environments. Also, a static propagation condition should be considered for any uplink testing and any downlink performance testing where the test purpose does not specifically require fading (e.g. maximum throughput testing, stress testing where the focus is on processor utilization aspects, etc.).<br><br>For HSPA, the following defined 3GPP profiles have been considered depending on the particular test procedure.<br><br>- Static<br>- PB3<br>- PA3<br>- VA3<br>- VA30<br>- VA120<br><br>For LTE, the following defined 3GPP profiles have been considered depending on the particular test procedure.<br><br>- Static<br>- EPA5<br>- EVA5<br>- EVA70<br>- ETU70<br>- ETU300<br>- HST<br><br>See clause 5.5.4.5 for the conclusion of selected fading profiles to be used for UE application layer data throughput measurements.<br><br>Figure [1.c.2] Excerpts of the Fading Profiles section in the ETSI Technical Report TR 137.901, pg 21. |

**U.S. Patent No. 7,231,330 ("330 Patent")**

| **'330 Patent Claim** | **Accused Emulation Products/Services** |
|---|---|
| | 3GPP TR 37.901 version 11.4.0 Release 11          22          ETSI TR 137 901 V11.4.0 (2012-10)<br><br>**5.5.3   Noise and Interference Levels**<br><br>In order to assess the end user perception of UE Application Layer Data Throughput, it is desirable to vary Ior/Ioc over a range of values that are representative of the majority of the conditions experienced by the end user. It is also desirable to utilize very high SNR cases for maximum data rate testing or for high order modulation testing. The range of values chosen should either match existing performance test cases in 3GPP or represent a reasonable number of discrete SNR values for test with the exception of any test procedure where the test purpose is to evaluate the throughput performance versus geometry. In this case, the step size for the SNR values should be chosen appropriately.<br><br>See clause 5.5.4.5 for the conclusion of selected noise and interference levels to be used for UE application layer data throughput measurements.<br><br>Figure [1.c.3] Excerpts of the Noise and Interference Levels section in the ETSI Technical Report TR 137.901, pg 22.<br><br>Regarding, "the emulated attributes comprising at least one of tunable packet-delay distribution, network congestion, bandwidth limitation, and packet re-ordering and duplication;" UE Data throughput in the FTP and UDP testing performed by the Accused Emulation Products/Services occurs under varying Fading Profiles and interference and noise injections. Figure [1.c.4] from ETSI Technical Report TR 137.901 shows the effect of using four Fading profiles (fading procedure labels from Figure [1.c.2]) on the Channel Quality Indicator (CQI) perceived by the UE. CQI is part of the "Measurements Report" regularly sent by the UE to its serving eNB. The figure shows reductions and increases of CQI based on the prescribed and used Fading Profile. |

**U.S. Patent No. 7,231,330 ("330 Patent")**

| **'330 Patent Claim** | **Accused Emulation Products/Services** |
|---|---|
| | Figure [1.c.4] Measured Channel Quality Indicator (CQI) under various Fading Profiles. Source: Figure 5.5.4.3-1 in ETSI Technical Report TR 137.901, pg 24.<br><br>CQI is directly linked to Throughput in LTE and 5G networks. CQI is used to measure the quality of the radio channel between the UE and the eNB. CQI is used by the eNB to adjust the modulation and coding scheme |

13

**U.S. Patent No. 7,231,330 ("330 Patent")**

| '330 Patent Claim | Accused Emulation Products/Services |
|---|---|
| | (MCS) used for data transmission to the UE, based on the current channel conditions. The higher the CQI value reported by the UE, the better the channel quality, and the higher the MCS that can be used for data transmission. A UE with a high CQI value can receive more DL data in a given time than a UE with a lower CQI value, resulting in higher throughput and lower delays in the transmission. Conversely, a UE with a low CQI value will be assigned a lower MCS, which means that it will receive less data in the same given time, resulting in a lower throughput and higher delays in the transmission.<br><br>3GPP Technical Report TR 36.942 version 9.0.1 Release 9 shows the effect of the fader and noise injection, measured as CQI, on the UE throughput as shown in Figure A.4, page 74 in the report, which is reproduced below as Figure [1.c.5]<br><br><br><br>**Figure A.4 Throughput of a set of Coding and Modulation Combinations, AWGN channels assumed**<br><br>Figure [1.c.5] UE Throughput for different values of MCS coding parameters. |

**U.S. Patent No. 7,231,330 ("330 Patent")**

| '330 Patent Claim | Accused Emulation Products/Services |
|---|---|
| | In an LTE/5G network, CQI is a critical parameter that affects the transmission delay of a given load and therefore the UE throughput (how much data is transmitted in a unit time). The Accused Emulation Products/Services therefore use "a network emulator communicatively linked to each of said plurality of wireless network nodes, said network emulator configured to emulate attributes of a packet-based wired communications network for simulating network conditions experienced by said at least one mobile node in communicating with other nodes through the wired communications network, the emulated attributes comprising at least one of tunable packet-delay distribution, network congestion, bandwidth limitation, and packet re-ordering and duplication." |
| [1.d] a controller communicatively linked to each of said plurality of wireless network nodes, said controller configured to control the wireless communication characteristics of each of said plurality of wireless network nodes to simulate, without changing operating parameters of said at least one mobile | In the ETSI TS 136 508 Technical Report, the System Simulator or SS in Figure [1.a.2] is defined in page 978 to be "A device or system, that is capable of generating simulated Node B signaling and analyzing UE signaling responses on one or more RF channels, in order to create the required test environment for the UE under test." <br><br> The report further describes the "Test System" that utilizes the SS as: "A combination of devices brought together into a system for the purpose of making one or more measurements on a UE in accordance with the test case requirements. A test system may include one or more System Simulators if additional signaling is required for the test case." <br><br> Among the combination of devices, the report (in page 979) lists and defines the following devices as shown in Figure [1.d.1]. |

**U.S. Patent No. 7,231,330 ("330 Patent")**

| '330 Patent Claim | Accused Emulation Products/Services |
|---|---|
| node, different wireless communication conditions experienced by said at least one mobile node in actual operation. | **Connection:** Each connection is displayed as a one or two sided arrow, showing the intended signal flow. In some cases, for some tests, some connections shown may not be necessary (for example UL RX connection for a second cell).<br><br>**Circulator:** The signal, entering one port, is conducted to the adjacent port, indicated by the arrow. The attenuation among the above mentioned ports is ideally 0 and the isolation among the other ports is ideally $\infty$.<br><br>**Splitter:** a splitter has one input and 2 or more outputs. The signal at the input is equally divided to the outputs. The attenuation from input to the outputs is ideally 0 and the isolation between the outputs is ideally $\infty$.<br><br>**Combiner:** a combiner has one output and 2 or more inputs. The signals at the inputs are conducted to the output, all with the same, ideally 0 attenuation. The isolation between the inputs is ideally $\infty$.<br><br>**Switch:** contacts a sink (or source) alternatively to two or more sources (or sinks).<br><br>**Fader:** The fader has one input and one output. The MIMO fading channel is represented by several single faders (e.g. 8 in case of a MIMO antenna configuration 4x2) The correlation among the faders is described in TS 36.521-1 clause B.2.2. In some cases, for some tests, diagrams with fader(s) are referenced when no fading is required; in this case the fader(s) is omitted.<br><br>**Attenuator:** TBD<br><br>Figure [1.d.1] Excerpts of devices used in a typical Test System that utilizes SS devices. Source: ETSI TS 136 508 Technical Report, page 979.<br><br>The Accused Emulation Products/Services use the same Test System described in ETSI TS 36.508 and ETSI TR 137.901 including its system simulator units and a combination of the devices listed above in Figure [1.d.1], which are hardware elements that together are "a controller." This controller is connected, i.e. "communicatively linked," to the SS ("wireless network nodes") as shown in Figure [1.a.2].<br><br>The Test System controller controls the simulation and conducts specific tests of the UE performance associated with prescribed network and mobility conditions of interest. For instance, fading, noise injection and attenuation are all devices that constitute a simulation control used to implement a variety of testing scenarios. |

**U.S. Patent No. 7,231,330 ("330 Patent")**

| '330 Patent Claim | Accused Emulation Products/Services |
|---|---|
|  | The ETSI TS 136 508 Technical Report defines the Test System including its controller to be "a system for the purpose of making one or more measurements on a UE in accordance with the test case requirements." Thus, the Accused Emulation Products/Services therefore use a "controller configured to control the wireless communication characteristics of each of said plurality of wireless network nodes to simulate". <br><br> Regarding "to simulate, without ..., different wireless communication conditions experienced by said at least one mobile node in actual operation" the ETSI Test System as shown in [1.c] above shows conducting UE Data throughput measurements in the FTP and UDP standard testing under varying Fading Profiles and interference and noise injections to delivers the ETSI required tests under varying network and mobility conditions. See specification: https://www.etsi.org/deliver/etsi_tr/136900_136999/136942/09.00.01_60/tr_136942v090001p.pdf. <br><br> The ETSI Test System in Figure [1.b.1] shows that system simulation (SS) is connected to the controller. The Test System changes through its controller operating parameters of the SS (the eNodeB simulator) and possibly the Application Server only. The controller is not connected to the UE that operates independently from any changes made by the Test System controller. Thus, the Accused Emulation Products/Services use a controller that, "simulate, without changing operating parameters of said at least one mobile node, different wireless communication conditions experienced by said at least one mobile node in actual operation." |
| 2. The system of claim 1, further comprising a home agent configured to communicatively link the at least one mobile node to said plurality of wireless network nodes and to a wired | Incorporate by reference the discussion of elements [1.c], [1.d] and [11.a]. |

17

**U.S. Patent No. 7,231,330 ("330 Patent")**

| '330 Patent Claim | Accused Emulation Products/Services |
|---|---|
| communications network whose attributes are emulated by said emulator. | |
| 3. The system of claim 1, wherein said wireless communication characteristics include a signal reception sensitivity. | Incorporate by reference the discussion of element [1.c]. |
| 4. The system of claim 1, wherein said wireless communication characteristic includes at least one of signal transmission strength, signal-to-noise ratio (SNR), and bit error rate (BER). | Incorporate by reference the discussion of element [1.c]. |
| 5. The system of claim 1, wherein at least one of said plurality of wireless network | Incorporate by reference the discussion of elements [1.c], [1.d] and [11.a]. |

**U.S. Patent No. 7,231,330 ("330 Patent")**

| '330 Patent Claim | Accused Emulation Products/Services |
|---|---|
| nodes includes: a wireless access point having an antenna and at least one variable attenuator; and a routing device communicatively linking said access point with said network emulator. | |
| 6. The system of claim 5, wherein said controller is configured to vary an amount of attenuation provided by said variable attenuator by dynamically adjusting at least one of a signal reception sensitivity and a signal transmission strength of said wireless access point to thereby simulate motion of | Incorporate by reference the discussion of elements [1.c], [1.d] and [11.a]. |

**U.S. Patent No. 7,231,330 ("330 Patent")**

| '330 Patent Claim | Accused Emulation Products/Services |
|---|---|
| said at least one mobile node. | |
| 7. The system of claim 6, wherein said variable attenuator comprises a plurality of variable attenuators; and wherein the amount of attenuation is varied by increasing attenuation provided by at least one of said plurality of variable attenuators while simultaneously decreasing attenuation provided by another one of said attenuators. | Incorporate by reference the discussion of elements [1.c], [1.d] and [11.a]. |
| 8. The system of claim 7, wherein said controller | Incorporate by reference the discussion of elements [1.c], [1.d] and [11.a]. |

**U.S. Patent No. 7,231,330 ("330 Patent")**

| '330 Patent Claim | Accused Emulation Products/Services |
|---|---|
| dynamically adjusts the amount of attenuation provided by at least two of said attenuators to thereby emulate at least one of speed, acceleration, and trajectory of said mobile node. | |
| 9. The system of claim 6, further comprising: a data logging component configured to record at least one of a data throughput of at least one of said plurality of wireless network nodes and a measure of signal strength received at said mobile node. | Incorporate by reference the discussion of elements [1.c], [1.d] and [11.a]. |
| 10. The system of claim 5, wherein | Incorporate by reference the discussion of elements [1.c], [1.d] and [11.a]. |

**U.S. Patent No. 7,231,330 ("330 Patent")**

| '330 Patent Claim | Accused Emulation Products/Services |
|---|---|
| said antenna is an omni-directional antenna. | |
| 11. A method of emulating mobile network communications comprising the steps of: | Incorporate by reference the discussion of [1.preamble].<br><br>The Accused Emulation Products/Services provided or performed methods of emulating mobile network communications. |
| [11.a] initiating communications between a home agent and a mobile node via at least one fixedly-located wireless network node connected to a controller; | Figure [1.b.1], reproduced below, shows UE (Device Under Test or DUT) is loaded with a test application that communicates with an Application Server through a testbed simulator. For such test application to execute on the UE, the UE ("mobile node") connects to the eNB simulator ("at least one fixedly-located wireless network node connected to a controller"). Once the connection is established and the UE is in RRC_CONNECTED state (both in LTE and 5G networks), the UE obtains an IP by initiating a DHCP request (LTE) or NAPT request (5G). See, e.g., The Internet Engineering Task Force (IETF) RFC6459 titled "IPv6 in 3rd Generation Partnership Project (3GPP) - Evolved Packet System (EPS)."<br><br><br><br>Figure C.2.2-1: UE Application Layer Data Throughput Connection Diagram for Embedded |

**U.S. Patent No. 7,231,330 ("330 Patent")**

| '330 Patent Claim | Accused Emulation Products/Services |
|---|---|
| | Figure [1.b.1] Requirement of using appropriate RF connection (wireless connection) between the UE and one of the wireless nodes linked to a system simulation SS.<br><br>A connection to PDN is established through a 3GPP Evolved Packet System comprising an eNB, MME, and S-GW under Mobile IP protocol. Mobile IP requires initial registration with the Home Agent of the mobile node to register the new IP the mobile node with the Home Agent ("initiating communications between a home agent and a mobile node").<br><br>The Home Agent within the Mobile IP (MIP) architecture routs data to mobile nodes currently attached to a foreign network through a tunnelling process in which a CoA (Care-of-Address) is used to deliver the data to the mobile node through its Foreign Agent.<br><br>The PTCRB testing required for certification of UE's on wireless communications networks, including 4G LTE and 5G networks, requires test cases that specifically cover UE behavior and performance under Mobile IP (specifically, Mobile IPv6). Test cases in FCC Report FCC-12-68A3, titled "Recommended Minimum Technical Requirements to Ensure Nationwide Interoperability for the Nationwide Public Safety Broadband Network" show testing Mobile IP is required, meaning the simulation system must include cases in which the UE must initiate communication with its Home Agent. Snippets of two required case studies from the FCC report are reproduced below in Figure [11.a.1]<br><br>PTCRB Test case 36.523_A-4.1<br><br>36523_A.4.4-1/68   Support of automatic PDN connectivity in EUTRAN (i.e. UE upper layer provides PDN connectivity parameters) |

**U.S. Patent No. 7,231,330 ("330 Patent")**

| '330 Patent Claim | Accused Emulation Products/Services |
|---|---|
| | See in PTCRB Test case, by supporting Mobility Management and MPV6 and MIPv4 (Dual stack) it uses traditional Home Agent: |
| | |
| | Figure [11.a.1] Snippets of required PTCRB case studies that involve Mobile IP from the FCC-12-68A3 Report. |
| | Additional evidence that the Home Agent is contacted as the mobile node registers with the network through the Mobile IP protocol, ETSI TS103.202 Technical Report, which shows that P-GW uses a Care-of-Address to the Tunnel where the UE is located and this can be tested during handover by attenuating a signal and providing a GTP tunnel to the UE. This is shown on page 31 of the report reproduced below as Figure [11.a.2]. The Care-of-Address reveals the use of Mobile IP whose architecture necessarily include a Home Agent and Foreign Agents. |

**U.S. Patent No. 7,231,330 ("330 Patent")**

| '330 Patent Claim | Accused Emulation Products/Services |
|---|---|
| | Figure [11.a.2] ETSI test procedure that reveals the use of Care-of-Address and the Mobile IP protocol. |
| [11.b] while the mobile node wirelessly communicates with the at least one wireless network node, dynamically adjusting with the controller at least | The Accused Emulation Products/Services use the Test System described in ETSI TS 36.508 and ETSI TR 137.901, including its system simulator units and a combination of devices to control the simulation testing as shown in Figure [1.d.1]. <br><br> As shown in [1.c] and [1.d], the Test System and its combination of control devices are "communicatively linked to each of said plurality of wireless network nodes." <br><br> The UE (the device under test, or DUT) connects and communicates with the simulation testbed through the system simulator (SS) which simulates an eNB ("at least one wireless node"). Hence, "the mobile node wirelessly communicates with the "at least one wireless network node". |

**U.S. Patent No. 7,231,330 ("330 Patent")**

| '330 Patent Claim | Accused Emulation Products/Services |
|---|---|
| one wireless communication characteristic of the wireless node to simulate, without changing operating parameters of the mobile node, different wireless communication conditions experienced by the mobile node in actual operation; and | The combination of devices shown in Figure [1.d.1] that are hardware elements are "a controller" connected ("communicatively linked") to the SS ("each of said plurality of wireless network nodes") as shown in Figure [1.a.2].<br><br>As shown in [1.d], the controller "dynamically adjust …. at least one wireless communication characteristic of the wireless node" using Fading Profiles and Noise Injections. Also as shown in [1.d], such dynamic adjustments cause changes in the wireless node and the wireless network that are perceived ("experienced") by the UE.<br><br>The method of simulation/emulation consists of setting up the testing environment (Test System) as was shown in Figure [1.b.1]. In addition to the setup, the UE is loaded with test applications that communicate with an Application Server. Figure [1.b.1] is reproduced below showing the test application components.<br><br><br><br>**3GPP TR 37.901 version 11.4.0 Release 11**      **115**      **ETSI TR 137 901 V11.4.0 (2012-10)**<br><br>**Figure C.2.2-1: UE Application Layer Data Throughput Connection Diagram for Embedded**<br><br>Figure [11.b.1] Client Test Application and associated Application Server |

**U.S. Patent No. 7,231,330 ("330 Patent")**

| '330 Patent Claim | Accused Emulation Products/Services |
|---|---|
| | In addition to the testing setup and the test application in the UE and associated Application server to test the UE performance and behavior, the method uses additional tests written in a special high-level declarative programming language called Testing and Test Control Notation (TTCN) which is ETSI's official testing language (see http://www.ttcn-3.org/). The language expresses the various tests (also known as test cases) to be performed, including for example, data transfer scenarios (as was shown in Figure [1.c.1] using FTP and UDP), the effect of fading on UE performance (as was shown in Figure [1.c.2] using a variety of Fading profiles for LTE and 5G networks on a variety of bands), as well as the effect of varying the noise and interference levels (as was shown in Figure [1.c.3]). In 5G, MIMO test cases are also expressed as test cases as depicted in TR 137.901 specification.<br><br>As shown in [1.c], in the Test System, changing the network characteristics does not alter any operational parameters in the mobile node. The method utilized in this system consequently does not and cannot change any operating parameters in the mobile node. |
| [11.c] emulating with an emulator connected to the at least one wireless network node attributes of a packet-based wired communications network to simulate network conditions experienced by the mobile node in communicating with network-connected nodes | The ETSI Test System shown and described in Figures [1.a.2] and Figure [1.b.1] depicts the same architecture of the Test System the Accused Emulation Products/Services use to test user equipment.<br><br>As shown in [1.c], the ETSI Test System is configured to emulate attributes of packet-based wired communication networks, in which the UE wirelessly connect to a system simulator SS which simulates the eNodeB, which in turn, is connected to the rest of the emulator including the emulator control components, and to a wired network that connects an Application Server to the emulator.<br><br>As shown in [11.b], the method of emulation amounts to programming the ETSI Test System with case studies and executing the case studies while observing changes on both the mobile node and the wireless network characteristics and performance. The case studies involve developing TTCN test scenario programs as well as loading the UE with test applications and have an active server software running on an Application Server connected to the simulator.<br><br>Thus, the ETSI Test System performed by the Accused Emulation Products/Services perform a method for "emulating with an emulator connected to the at least one wireless network node attributes of a packet-based |

27

**U.S. Patent No. 7,231,330 ("330 Patent")**

| '330 Patent Claim | Accused Emulation Products/Services |
|---|---|
| through the wired communications network, the emulated attributes comprising at least one of tunable packet-delay distribution, network congestion, bandwidth limitation, and packet re-ordering and duplication. | wired communications network to simulate network conditions experienced by the mobile node in communicating with network-connected nodes through the wired communications network." <br><br> Packet-delays, network congestion, and inadequate bandwidth are examples of "packet-based" communication attributes. The ETSI Technical Specifications 36.508 testing comprises bandwidth related parameters (called Contexts) as show in in Page 815 in that report, reproduced below as Figure [11.c.1]. |

**U.S. Patent No. 7,231,330 ("330 Patent")**

| '330 Patent Claim | Accused Emulation Products/Services |
|---|---|
| | 3GPP TS 36.508 version 15.5.0 Release 15      815      ETSI TS 136 508 V15.5.0 (2019-07) <br><br> **Table 6.6.1-1: Reference default EPS bearer contexts** <br><br> (table reproduced below) <br><br> Figure [11.c.1] Three Radio Bearers Context to emulate three different bandwidth operational parameters. |

**Table 6.6.1-1: Reference default EPS bearer contexts**

| Parameters | Reference default EPS bearer context #1 | Reference default EPS bearer context #2 | Reference default EPS bearer context #3 |
|---|---|---|---|
| EPS QoS | | | |
| QCI (Note 1) | 9 (non-GBR QCI) | 5 (non-GBR QCI) | 69 (Note 5) (non-GBR QCI) |
| Maximum bit rate for uplink | 64 kbps (Note 2) | 64 kbps (Note 2) | 64 kbps (Note 2) |
| Maximum bit rate for downlink | 64 kbps (Note 2) | 64 kbps (Note 2) | 64 kbps (Note 2) |
| Guaranteed bit rate for uplink | 64 kbps (Note 2) | 64 kbps (Note 2) | 64 kbps (Note 2) |
| Guaranteed bit rate for downlink | 64 kbps (Note 2) | 64 kbps (Note 2) | 64 kbps (Note 2) |
| Maximum bit rate for uplink (extended) | 0 | 0 | 0 |
| Maximum bit rate for downlink (extended) | 0 | 0 | 0 |
| Guaranteed bit rate for uplink (extended) | 0 | 0 | 0 |
| Guaranteed bit rate for downlink (extended) | 0 | 0 | 0 |
| Negotiated QoS | Note 3, Note 4 | Note 3, Note 4 | Note 3, Note 4 |
| Negotiated LLC SAPI | Note 4 | Note 4 | Note 4 |
| Radio priority | Note 4 | Note 4 | Note 4 |
| APN-AMBR | Not present | Not present | Not present |
| Configuration protocol | PPP | PPP | PPP |

Note 1: For all non-GBR QCIs, the maximum and guaranteed bit rates shall be ignored.
Note 2: According to TS 24.301, the UE ignores these parameters for a non-GBR QCI.
Note 3: Parameters included for UEs capable of UTRAN according to TS 34.123-3 clause 8.10.
Note 4: Parameters included for UEs capable of GERAN according to TS 51.010 subclause 40.5.
Note 5: QCI 69 is used for MCPTT delay sensitive signalling

Figure [11.c.1] Three Radio Bearers Context to emulate three different bandwidth operational parameters.

**U.S. Patent No. 7,231,330 ("330 Patent")**

| '330 Patent Claim | Accused Emulation Products/Services |
|---|---|
| | Changing bandwidth and increasing packet delays by using Fading Profiles and Noise and Interference Injection was also shown in Figure [1.c.4] and Figure [1.c.5]. <br><br> Therefore, the Accused Emulation Products/Services perform a method wherein, "the emulated attributes comprising at least one of tunable packet-delay distribution, network congestion, bandwidth limitation, and packet re-ordering and duplication." |
| 12. The method of claim 11, wherein the wireless communication characteristic includes signal reception sensitivity. | Incorporate by reference the discussion of claim 3. |
| 13. The method of claim 11, wherein wireless communications characteristic includes at least one of signal transmission strength, signal-to-noise ratio (SNR), and bit error rate (BER). | Incorporate by reference the discussion of claim 4. |
| 14. The method of claim 11, wherein the wireless network node | Incorporate by reference the discussion of claim 5. |

**U.S. Patent No. 7,231,330 ("330 Patent")**

| '330 Patent Claim | Accused Emulation Products/Services |
|---|---|
| comprises a wireless access point, having an antenna and a variable attenuator. | |
| 15. The method of claim 14, the wireless network node further comprising a routing device. | Incorporate by reference the discussion of claim 5. |
| 16. The method of claim 14, wherein the wireless network node is communicatively linked with the home agent through a network emulator. | Incorporate by reference the discussion of claim 5. |
| 17. The method of claim 14, said step of dynamically adjusting at least one wireless communication characteristic further comprising varying an amount | Incorporate by reference the discussion of claim 6. |

31

**U.S. Patent No. 7,231,330 ("330 Patent")**

| **'330 Patent Claim** | **Accused Emulation Products/Services** |
|---|---|
| of attenuation provided by the variable attenuator to emulate motion of the mobile node. | |
| 18. The method of claim 17, wherein the variable attenuator comprises a plurality of variable attenuators and further comprising the step of increasing attenuation provided by the variable attenuators while simultaneously decreasing attenuation provided by another one of the variable attenuators. | Incorporate by reference the discussion of claim 7. |
| 19. The method of claim 18, wherein | Incorporate by reference the discussion of claim 8. |

**U.S. Patent No. 7,231,330 ("330 Patent")**

| ʻ330 Patent Claim | Accused Emulation Products/Services |
|---|---|
| dynamically adjusting the amount of attenuation provided by at least one of the variable attenuators emulates at least one of speed, acceleration, and trajectory of the mobile node. | |