**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

|  |  |
|---|---|
| MOBILITY WORKX LLC, | |
| *Plaintiff,* | |
| v. | Civil Action No. 7:26-cv-00180-DC-DTG |
| ANALOG DEVICES, INC. | **JURY TRIAL DEMANDED** |
| *Defendants.* | |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE,
ANSWER, OR OTHERWISE RESPOND TO COMPLAINT**

Defendant Analog Devices, Inc. ("Defendant") files this Unopposed Motion for an Extension of Time to Move, Answer, or Otherwise Respond to Plaintiff's Complaint, filed April 30, 2026 (ECF No. 1). The current deadline for Defendant to respond to the Complaint is May 22, 2026. Defendant is seeking an extension, up to and through June 22, 2026. The Parties have met, conferred, and agreed on the extension, making the new deadline June 22, 2026.

In view of the foregoing, Defendant respectfully requests that the Court grant this unopposed motion and extend the deadline to move, answer, or otherwise respond to the Complaint up to and through June 22, 2026.

1

Dated: May 18, 2026                    Respectfully submitted,

                                       */s/ Gilbert A. Greene*
                                       Gilbert A. Greene (TX Bar #24045976)
                                       *BGreene@duanemorris.com*
                                       **DUANE MORRIS LLP**
                                       Terrace 7
                                       2801 Via Fortuna, Ste. 200
                                       Austin, TX 78746-7567
                                       Telephone: (512) 277-2246
                                       Facsimile: (512) 597-0703

                                       Matthew S. Yungwirth
                                       *msyungwirth@duanemorris.com*
                                       **DUANE MORRIS LLP**
                                       1075 Peachtree St, Ste. 1700
                                       Atlanta, GA 30309-3929
                                       Telephone: (404) 253-6900
                                       Facsimile: (404) 253-6901

                                       *Attorneys for Analog Devices, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on May 18, 2026.

*/s/ Gilbert A. Greene*
Gilbert A. Greene


**CERTIFICATE OF CONFERENCE**

Counsel for Defendant met and conferred with counsel for Plaintiff, and counsel for Plaintiff indicated that Plaintiff does not oppose to the relief sought by this Motion.

*/s/ Gilbert A. Greene*
Gilbert A. Greene